IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CRIMINAL NO. 7:05-CR-50-1F
CIVIL NO. 7:15-CV-67-F

| | |
|---|---|
| CARLOS IVAN RADALES VELASQUEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | ORDER |

The documents in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The filings are deficient in the following respects:

- **An incorrect form was used by the petitioner. The proper form for the petitioner to sign and complete will be provided with this order.**

The Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected documents within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 7th day of April, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge